# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ARLENE M. JACOBS,**

        **Plaintiff,**

v.                                      Case No. 06-C-948

**NATIONAL LOUIS UNIVERSITY,**

        **Defendant.**

## ORDER

On February 12, 2007, a settlement conference was conducted in this action. The settlement conference did not result in resolution of plaintiff's claims.

Accordingly, this action is referred back to the Honorable Charles N. Clevert, Jr., for further case management.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin, this 12th day of February, 2007.

                                      BY THE COURT:

                                      s/AARON E. GOODSTEIN
                                      United States Magistrate Judge